Pro Se 14 (INND Rev. 2/20)

-FILED-

NOV 04 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**Shamarcus Lee Johnson**
[You are the **PLAINTIFF**, print your full name on this line.]

v.

**Officer Nunley**
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:22-CV-00368-DRL-SLC**
[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Officer Nunley | 417 S Calhoun St Fort Wayne, IN. 46802 |
| 2 | | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **1**
2. What is the name and address of your prison or jail? **Allen County Jail 417 S. Calhoun St, Fort Wayne, IN, 46802**
3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: _____

4. On what date did this event occur? _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)                                                                                                           page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. __Amended Complaint__
At 10:00am during Medication Pass I walked passed officer Nunnley, I have and been diagnosed with disabilities in the past. I've always suffered from a speech impairment all my life and I currently still do. In my adolescent years I was bullied at school by my peers and tried to commit suicide. I suffered from depression due to the circumstance and anxiety attacks afterwards. While Med Pass was in process ofc. Nunnley heard me laughing and for no known reason ofc. Nunnley told two (2) other inmates that "I hate ShaMarcus's laugh." afterward he tried to mimick my laugh. Once ofc. Nunnley mimicked and mocked my laugh I had a panick attack due to memories from my past when I was bullied by peers and adults alike. Ofc. Nunnley also stated to me "shut the fuck up ShaMarcus you are annoying." Since that issue with ofc. Nunnley i've been rather avoiding social settings with others due to what ofc. Nunnley did by humiliating me in front of other inmates. Under Federal procedures this violates Constitutional right for (ADA) Americans

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                  page 3

Claims and Facts (continued)

With Disabilities act. ofc Nunnley discriminated against Me while performing his professional duty which is safety and security and well being of all inmates and detainees in the Allen County Jail. Also ofc. Nunnley violated the Eigth amendment for harsh punishment by negligence. He failed to carry out his duty and treat Me equally to all other inmates and detainees. ofc. Nunnley and The Allen County Jail also violated the 14 amendment which is "Due process". I filed a timely manner grievance according to the Allen County Jail policy and procedure guidelines and grievance policy. My grievance was denied which is why I bring forth this civil complaint seeking damages for emotional distress, Mental pain and anguish, compensatory for legal fees. I pray that you grant Me relief in this Matter.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ● Yes, this event was grievable, but I did not file a grievance because the jail does not take actions on grievances they will tell you will talk to the guard but never do and the jail will not give me copy of none of my grievance i have filed.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   To say sorry and pay me for damages.

[Initial Each Statement]
SJ   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
SJ   I will keep a copy of this complaint for my records.
SJ   I will promptly notify the court of any change of address.
SJ   I WILL NOT send more than one copy of any filing to the court.
SJ   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
SJ   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11/01/2022 at 3:46 am/pm

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: [signed]                    Prisoner Number: 462924

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

CARLA E. WALKER, Notary Public
Allen County, State of Indiana
Commission Number NP0677184
My Commission Expires January 28, 2024
[NOTARY SEAL - INDIANA]